**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| In re: | |
| ROBERT AUSTIN BREWER | No. 23-40243-BDL |
| Debtor(s) | EX PARTE<br>ORDER ON STIPULATION TO WITHDRAW<br>AS ATTORNEY FOR DEBTOR(S) |

**IT IS HEREBY ORDERED** that ELLEN ANN BROWN, SUSAN H. SEELYE and the LAW OFFICES OF BROWN AND SEELYE are allowed to withdraw as Debtor(s) counsel, effective immediately.

///end of order///

Presented By:

/s/ Ellen Ann Brown

_____
ELLEN ANN BROWN WSB27992
Attorney for Debtor(s)

**ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS**   **BROWN and SEELYE**
Attorneys at Law
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
253.573.1958
Fax 866-422-6196