**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

In re:

ROBERT AUSTIN BREWER

Debtor(s)

No. 23-40243-BDL

EX PARTE
ORDER ON STIPULATION TO WITHDRAW
AS ATTORNEY FOR DEBTOR(S)

**IT IS HEREBY ORDERED** that ELLEN ANN BROWN, SUSAN H. SEELYE and the LAW OFFICES OF BROWN AND SEELYE are allowed to withdraw as Debtor(s) counsel, effective immediately.

///end of order///

Presented By:

/s/ Ellen Ann Brown

ELLEN ANN BROWN WSB27992
Attorney for Debtor(s)

ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS

BROWN and SEELYE
Attorneys at Law
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
253.573.1958
Fax 866-422-6196